D. Conn.<br>
20-cv-201<br>
Chatigny, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of November, two thousand twenty.

Present:

    Raymond J. Lohier, Jr.,
    Michael H. Park,
        *Circuit Judges*,
    Jed S. Rakoff,*
        *District Judge.*

In re Selina Soule,

        *Petitioner.*

Selina Soule, a minor, by Bianca Stanescu, her mother, et al.,

        *Petitioners*,

v.                                                              20-2180

Connecticut Association of Schools, Inc., DBA Connecticut Interscholastic Athletic Conference, et al.,

        *Respondents.*

Petitioners have filed a petition for a writ of mandamus compelling the district court judge to recuse himself. Upon due consideration, it is hereby ORDERED that the petition is DENIED because Petitioners have not demonstrated that the district court judge clearly and indisputably abused his discretion or that a writ is appropriate under the circumstances.

---

* Judge Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

*See* 28 U.S.C. § 455(a); *Cheney v. U.S. Dist. Court for D.C.*, 542 U.S. 367, 380–81 (2004); *Liteky v. United States*, 510 U.S. 540, 554–55 (1994); *In re Basciano*, 542 F.3d 950, 956 (2d Cir. 2008).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court